# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CALEB THOMAS**                                                              **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 4:13-CV-28-SA-JMV**

**CITY OF GREENVILLE, MISSISSIPPI, ET AL.**                 **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a Stipulation of Dismissal filed by the Parties with the Clerk of the Court in Civil Action No. 4:13-cv-00028-SA-JMV, and as further evidenced by the signatures of their duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that all claims of all Parties should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that this cause is dismissed in its entirety with prejudice.

SO ORDERED, this the 12th day of March, 2014.

                                                            /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT COURT JUDGE

/s/ Bryant D. Guy
BRYANT DONLEVY GUY


/s/ Jason T. Marsh
GARY E. FRIEDMAN
JASON T. MARSH